**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

KHULANGOO RIZAJ,

                     Plaintiff,

       -against-

NEW YORK GENOME CENTER, INC.,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/19/2026
```

## MEMO ENDORSED

Case No. 26-CV-3215 (VSB)(KHP)

### PLAINTIFF'S MOTION FOR ADJOURNMENT OF
### INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Khulangoo Rizaj, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and the Court's authority for an adjournment of the in-person Initial Case Management Conference currently scheduled for Tuesday, July 7, 2026, at 12:00 p.m. In support thereof, Plaintiff states as follows:

1.     On April 23, 2026, this Court issued its Initial Case Management Conference Order scheduling the Initial Case Management Conference for July 7, 2026, at 12:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

2.     Good cause exists for the requested adjournment. Plaintiff's undersigned counsel has a conflicting in-person commitment on July 7, 2026, in Buffalo, New York, specifically, a formal admission ceremony to the United States District Court for the Western District of New York, which requires counsel's physical presence.

3.     No prejudice will result from the requested adjournment. This is the first adjournment request in this matter. The case is in its earliest stages, and all parties remain prepared to comply with their respective obligations under Rules 26(a) and 26(f) in advance of any rescheduled conference date.

4.      Counsel for Defendant has been consulted and has consented to this request for an adjournment.

5.      The parties are available for a rescheduled conference on any date in the second half of July 2026 (excluding July 17 and July 27) or in early August 2026, at the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and adjourn the Initial Case Management Conference to a date in the second half of July 2026 (excluding July 17 and July 27) or early August 2026, as convenient for the Court.

Dated: New York, New York

June 18, 2026

Respectfully submitted,

_/s/ Maria Cedeno Cassinelli_
Maria J. Cedeno Cassinelli, Esq.
NY Bar No. 6198592
**NISAR LAW GROUP, P.C.**
Attorneys for Plaintiff
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, New York 10165
T: (212) 600-9534
F: (516) 604-0157
maria@nisarlaw.com

**APPLICATION GRANTED:** **The Initial Conference set for 7/7/2026 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to** **Monday, July 20, 2026, at 11:00 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

06/19/2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I caused a true and correct copy of the foregoing Plaintiff's Motion for Adjournment of Initial Case Management Conference to be served upon the following counsel of record for Defendant via the Court's Electronic Case Filing (ECF) system, which provides electronic notice to all registered participants, and via electronic mail at:

Margaret    McDowell    (Margaret.McDowell@morganlewis.com)    and    Sarah    Bouchard (Sarah.Bouchard@morganlewis.com).

*/s/ Maria Cedeno Cassinelli*
Maria J. Cedeno Cassinelli, Esq.