USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KHULANGOO RIZAJ,

Plaintiff,

-against-

NEW YORK GENOME CENTER, INC.,

Defendant.

---------------------------------------------------------------X

**26-CV-3215 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 21, 2026, the parties in the above-entitled action filed a joint status letter informing the Court that mediation was unsuccessful, however the parties have begun discovery in earnest and no disputes have arisen. The Court thanks the parties for the update. The parties are directed to file an additional letter by **October 22, 2026** to apprise the Court of the status of discovery and whether the parties are interested in scheduling a settlement conference.

**SO ORDERED.**

DATED: New York, New York
September 22, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge