USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KHULANGOO RIZAJ,

Plaintiff,

-against-

NEW YORK GENOME CENTER, INC.,

Defendant.
----------------------------------------------------------------X

**26-CV-3215 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court thanks the parties for their October, 2026 status letter. The parties shall file another status letter by **November 22, 2026** detailing the discovery completed and advising whether the parties are interested in scheduling a settlement conference.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge